IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CANDACE BERRY,<br><br>        Plaintiff,<br><br>vs.<br><br>THINK WHOLE PERSON HEALTHCARE, LLC, and THINK AKSARBEN, LLP,<br><br>        Defendants. | **8:17CV479**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The parties shall contact the court within 10 days following their anticipated mediation to either advise the court that the case is settled or to schedule a conference to set a case progression schedule.

2) The clerk shall set an internal case management deadline for January 25, 2019 to check on the status of this case.

November 27, 2018.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge